ADEN BUSHEY, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 30583.)

Argued April 10, 1953; decided May 21, 1953.

746

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellant.

*George E. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.